**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

        **v.**     Criminal No.  07-50005-001

**DAVIE L. JOHNSON**                                                                   **DEFENDANT**

**O R D E R**

Now on this 20th day of February, 2007, comes on for consideration defendant's **Unopposed Motion For Mental Competency Evaluation** (document #27), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted.**

**IT IS THEREFORE ORDERED** that, pursuant to **18 U.S.C. §4247(b)**, the defendant is hereby committed to the custody of the Attorney General or his authorized representative for placement in a suitable federal correctional facility for a period not to exceed thirty (30) days for a mental competency evaluation under **18 U.S.C. §4241** to determine whether he is able to understand the nature and consequences of the proceedings against him and to properly assist in his defense.

**IT IS FURTHER ORDERED** that, pursuant to **18 U.S.C. §4247(c)**, the facility conducting the evaluation shall file a copy of the report with this Court, with copies to counsel for the defendant and the government.  Should defendant desire a hearing on the issue of his competency to stand trial, he will have ten (10) days

from the filing of the report within which to demand such.

**IT IS FURTHER ORDERED** that the jury trial scheduled for February 26, 2007, is hereby continued *sine die*. The delay in the trial of this action occasioned by the mental evaluation is excludable under the provisions of **18 U.S.C. §3161(h)(1)(A).**

**IT IS SO ORDERED.**

                                      **/s/ Jimm Larry Hendren**
                                    **JIMM LARRY HENDREN**
                                    **UNITED STATES DISTRICT JUDGE**